# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:16-cv-01654 |
| | ) |
| SAMSON PELTIER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Sheriff Fulson and Montgomery County, Tennessee's Motion to Dismiss (Doc. No. 46) will be **GRANTED IN PART** and **DENIED IN PART**. It is **DENIED** on the failure to train claim against Montgomery County and **GRANTED** in all other respects. Additionally, the claims against Sheriff Fulson individually are **DISMISSED**. The case is returned to the Magistrate Judge for further case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE